JS-6

*FILED*
CLERK, U.S. DISTRICT COURT
JUL 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GAYLE MASTERS, ) | NO. EDCV 07-00629-DOC (MAN) |
|         Petitioner, ) | |
|   v. ) | JUDGMENT |
| JOHN MARSHALL, WARDEN, ) | |
|         Respondent. ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 20, 2008.

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE